# Christopher Whitcomb



10707 El Nopal• Santee, CA 92071

FILED

Date: October 12, 2011

**NUNC PRO TUNC**

OCT 1 3 2011

OCT 25 AM 7: 47



U.S. District Court
Southern District of California
940 Front Street
San Diego, Ca 92101-8900

Subject:  Filing on Casae NO. 11-CV-333 W (RBB)
Dish Network vs Christopher Whitcomb

To Whom It May Concern:

I Christopher Whitecomb confirm that I have followed all court orders concerning this case, including the destruction of all ihubs, newlinks, sv lans or any other so called piracy devices. I have attached a image of the destroyed devices. I filed this with the court on September 19ᵗʰ with the court.

In response to the current October 14ᵗʰ order I will be delivering this to the court on October 13ᵗʰ.

I received this order on October 12ᵗʰ via regular mail. I did not receive any Certified mail or emails.

In response to the orders as set forth in section IV I have taken these steps:
IV.

I was not properly served with any of the original lawsuits, nor was I aware of the April 25ᵗʰ order. They were not delivered to me personally and I was not aware that a wizhub had anything to do with their lawsuits.

A.  I am not a manufacturer of any of these products and have stopped selling them when made aware of any piracy claims. I have closed flamindeals.com & prosonicview.com long ago and I have not been selling anything satellite related anymore. I do not market, distribute, traffic or use any of these products.

B. I have never been aware of any piracy codes. However I have stopped selling any satellite related products and have closed both websites as stated in section A.

C. I was not aware that I was requested to send them this information. I have gathered all of this information and will be sending it out to them on October 14ᵗʰ. I am $40,000 in debt and have negative accounts with my bank and paypal accounts. I do not have any assets other then my car, which will be repossessed due to failure to pay. I do not have a job right now and have never made much money. I will be sending my car information, negative back account info, negative paypal account info and other related documents. I am a renter and do not own any property or have any other assets.





D. I did not understand what a declaration "under penalty of perjury" meant.

I Christopher Whitcomb declare under penalty of perjury.
I have destroyed all of the ihub's, newlinks, svlans and any other so called piracy devices. I have submitted a picture to the court on September 19th. I am no longer selling any satellite products of any kind. I have also closed down my websites and no longer sell satellite related products. I have never been the manufacturer of these products.

The court order required me to give my declaration OR contact dishnetwork to observe. I opted to give my declaration under penalty of perjury and include a photo of the destroyed devices. This photo shows that these devices have been completely destroyed and are completely unusable. I hope this is satisfactory.

Please accept the above statement as my declaration "under penalty of perjury.

Christopher Whitcomb

Sincerely,

Christopher Whitcomb

# PayPal™

- Log Out
- Help
- Security Center

## Welcome christopher whitcomb

- Help with this page

- Business: Flamin Deals (support@freestuff4u.net)
- Account status: Verified
- Status: Active

While you establish a successful sales history on eBay, funds from eBay sales are available in 21 days - or sooner, based on how you ship the order. To help get your funds faster, print your shipping labels on eBay or PayPal, upload your tracking information, or mark the items as shipped on eBay. If your buyer reports a problem, it may take longer to get your funds.

Learn more

### Search transactions

Search transactions [                    ] [Search]

## PayPal balance

Options

- Add funds
- Withdraw funds
- Manage currency

|  | PayPal balance |  |
| --- | --- | --- |
| **Currency** |  | **Balance** |
| U.S. Dollar  (Primary) |  | -$1,929.98 USD |
| PayPal Money Market Rate | .05% |  |
| Total in USD  Restore balance |  | -$1,929.98 USD |

## View transactions

- All account activity
- Payments received
- Payments sent
- Account withdrawals
- Advanced search

## Tools

- Invoicing
- My Saved Buttons
- Gift certificates
- Multi-order shipping
- Virtual Terminal
- Fraud Management

## Resolution center cases

- Open disputes and claims (1)

*Pay Pal Account* (handwritten)

- ◦ Claims requiring your action (0)
- Closed disputes and claims (0) - from last 15 days

## Account actions

- My Business Setup
- Verify a credit card

## Quick links

- Policy updates
- PayPal Debit Card
- Referrals
- Refund Tutorial





About SSL Certificates

Copyright © 1999-2011 PayPal. All rights reserved.

**My Summary**

⚓ Help with this page

Welcome, Christopher. You have 1 new messages.

Pay your bills online. It's
fast, free[1] and guaranteed.
Let us help you start today!

Helpful Links
- Bill Pay Guarantee
- Online Banking FAQs
- Online Banking Demo
- Online Security Policy

| Bank Accounts | | | Turn off full account numbers |
|---|---|---|---|
| Account Name | Account Number | Available Balance  | As Of |
| Free Checking | 0160074485 | -$240.39  ⓘ Overdraft warning | 10/12/2011 |


**Just in case**
Choose the overdraft service that is right for you    Learn More ›

**Tip:** To nickname your accounts, go to Account Services.

# My Bank Account

Case 3:11-cv-00333-W-RBB   Document 25   Filed 10/25/11   Page 7 of 13

 **UnionBank**

# STATEMENT OF ACCOUNTS

UNION BANK
ESCONDIDO 0016
PO BOX 512380
LOS ANGELES        CA   90051-0380

**CHRISTOPHER M WHITCOMB**
**10707 EL NOPAL**
**SANTEE CA 92071**

Page 1 of 1
**Statement Number: 0160074485**
08/13/11 - 09/14/11

**Telephone Banking**
For 24-hour Automated Direct Service
800-238-4486
800-826-7345(TDD)
Representatives are available
from 6 am to 11 pm

To open additional accounts,
or apply for loans, call your
banking office at 760-745-8111

Visit us at unionbank.com

Thank you for banking with us
since 2007

■ *Go green with online statements. Save paper and enjoy the convenience and security of accessing your*
*statements online. Sign on to Online Banking today to make the switch. If you are not an Online Banking*
*customer, simply visit unionbank.com/signuponline today to get started.*

## Free Checking Summary

Account Number: 0160074485

Days in statement period: 33

| | | |
|---|---|---|
| **Balance on 8/13** | $ | 9.92 |
| Additions | | 0.00 |
| Subtractions | | 0.00 |
| **Balance on 9/14** | $ | 9.92 |
| | | |
| **Statement Average Ledger Balance** | | 9.92 |

 **Union**Bank

## STATEMENT
## OF ACCOUNTS

Page 1 of 1
**Statement Number: 0160074485**
06/14/11 - 07/14/11

UNION BANK
ESCONDIDO 0016
PO BOX 512380
LOS ANGELES       CA  90051-0380

**Telephone Banking**
For 24-hour Automated Direct Service
800-238-4486
800-826-7345(TDD)
Representatives are available
from 6 am to 11 pm

To open additional accounts,
or apply for loans, call your
banking office at 760-745-8111

**CHRISTOPHER M WHITCOMB**
**10707 EL NOPAL**
**SANTEE CA 92071**

Visit us at unionbank.com

Thank you for banking with us
since 2007

■ *Effective July 14, 2011, our Funds Availability policy is amended. If we do not make all funds from a check deposit available the next business day, the first $200 (formerly $100) will be available the business day after your deposits.*

---

**Free Checking Summary**                                      Account Number: 0160074485

Days in statement period: 31

| | | |
|---|---:|---:|
| **Balance on 6/14** | $ | 9.92 |
| Additions | | 0.00 |
| Subtractions | | 0.00 |
| **Balance on 7/14** | $ | 9.92 |
| | | |
| **Statement Average Ledger Balance** | | 9.92 |

 **Union**Bank

# STATEMENT OF ACCOUNTS

Page 1 of 1
**Statement Number: 0160074485**
05/14/11 - 06/13/11

UNION BANK
ESCONDIDO 0016
PO BOX 512380
LOS ANGELES        CA  90051-0380

**Telephone Banking**
For 24-hour Automated Direct Service
800-238-4486
800-826-7345(TDD)
Representatives are available
from 6 am to 11 pm

To open additional accounts,
or apply for loans, call your
banking office at 760-745-8111

**CHRISTOPHER M WHITCOMB**
**10707 EL NOPAL**
**SANTEE CA 92071**

Visit us at unionbank.com

Thank you for banking with us
since 2007

■ *Signature Banking Customers: Effective July 30, 2011, the pre-approved $500 Cash Reserve overdraft protection line of credit will no longer be a feature of Signature Banking. Application and credit qualification will be required for any new or reinstated Cash Reserve Account. Existing Cash Reserve Accounts are not affected. The annual Cash Reserve Account fee will continue to be waived for all Signature Banking customers. To apply, visit or call us.*

---

## Free Checking Summary

Account Number: 0160074485

Days in statement period: 31

| | | |
|---|---|---|
| **Balance on 5/14** | $ | 9.92 |
| Additions | | 0.00 |
| Subtractions | | 0.00 |
| **Balance on 6/13** | $ | 9.92 |
| | | |
| **Statement Average Ledger Balance** | | 9.92 |

 **Union**Bank

# STATEMENT
# OF ACCOUNTS

Page 1 of 1
**Statement Number: 0160074485**
04/14/11 - 05/13/11

UNION BANK
ESCONDIDO 0016
PO BOX 512380
LOS ANGELES        CA   90051-0380

**Telephone Banking**
For 24-hour Automated Direct Service
800-238-4486
800-826-7345(TDD)
Representatives are available
from 6 am to 11 pm

To open additional accounts,
or apply for loans, call your
banking office at 760-745-8111

Visit us at unionbank.com

Thank you for banking with us
since 2007

**CHRISTOPHER M WHITCOMB**
**10707 EL NOPAL**
**SANTEE CA 92071**

■ *Go green with online statements. Save paper and enjoy the convenience and security of accessing your statements online. Sign on to Online Banking today to make the switch. If you are not an Online Banking customer, simply visit unionbank.com/signuponline today to get started.*

## Free Checking Summary

Account Number: 0160074485

Days in statement period: 30

| | | |
|---|---|---|
| **Balance on 4/14** | $ | **9.92** |
| Additions | | 0.00 |
| Subtractions | | 0.00 |
| **Balance on 5/13** | $ | **9.92** |
| | | |
| **Statement Average Ledger Balance** | | **9.92** |

 **Union**Bank

# STATEMENT
# OF ACCOUNTS

Page 1 of 1
**Statement Number: 0160074485**
03/15/11 - 04/13/11

UNION BANK
ESCONDIDO 0016
PO BOX 512380
LOS ANGELES          CA   90051-0380

**Telephone Banking**
For 24-hour Automated Direct Service
800-238-4486
800-826-7345(TDD)
Representatives are available
from 6 am to 11 pm

To open additional accounts,
or apply for loans, call your
banking office at 760-745-8111

Visit us at unionbank.com

Thank you for banking with us
since 2007

**CHRISTOPHER M WHITCOMB**
**10707 EL NOPAL**
**SANTEE CA 92071**

■ *Stay connected to your account: online banking alerts keep you informed of important account activity.*
*Learn more at unionbank.com/alerts.*

---

## Free Checking Summary

Account Number: 0160074485

Days in statement period: 30

| | | |
|---|---|---|
| **Balance on 3/15** | $ | **0.00** |
| Additions | | 9.92 |
| Subtractions | | 0.00 |
| **Balance on 4/13** | $ | **9.92** |
| | | |
| **Statement Average Ledger Balance** | | **4.62** |

---

## Additions

| Date | Description/Location | Reference | | Amount |
|---|---|---|---|---|
| 3/31 | MISCELLANEOUS BANK ORIGINATED ITEM | 75117494 | $ | 9.92 |

| Financial Summary | |
|---|---|
| Information About | Free Checking #0160074485 as of 10/11/2011 |
| Balance: | ($144.86) |
| Available Balance: | ($240.39) |
| Today's Credits: | $0.00 |
| Today's Debits: | $95.53 |
| Last Statement Date: | 9/14/2011 |
| | |
| 10/3/2011 | CARLOS CALDERON IAT PAYPAL WEBIAT 4WQJ258TWKFXE |
| 10/4/2011 | TOTAL NSF ITEM PAID FEES |
| 10/6/2011 | STOP PAYMENT FEE 100611 STOP #2790249 |
| 10/11/2011 | CONTINUED OVERDRAFT FEE |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Payments | $96.78 |  |
| Other Withdrawals | $22.00 |  |
| Other Withdrawals | $30.00 |  |
| Other Withdrawals | $6.00 |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |